# BEFORE UNITED STATES DISTRICT COURT

CLERK USDC EDWI
FILED

2022 SEP 19 P 1: 23

Mr. jordan M. Tate

For, as, and in Re: JORDAN M TATE [sic]

C/o 333 WEST BROWN DEER RD (UnIT C 598)

MILWAUKEE, WISCONSIN. [53217]

No.: **22-C-1083**

V.

MILWAUKEE POLICE DEPARTMENT
Criminal Investigation Bureau
759 NORTH JAMES LOVELL ST
MILWAUKEE, WI. 53233

AND

THE CITY OF MILWAUKEE
CARE OF: RISK MANAGEMENT/CITY ATTORNEY
633 W. Wisconsin Ave, #750
Milwaukee, WI 53203
Fax: (414) 223-1863
SERVE ON RESIDENT PROCESS RECEIPT AGENT
ON LOCATION: Principal Personally and Agency Head Personally
NOTICE TO PRINCIPAL IS NOTICE TO AGENT AND VICE VERSA

# NOTICE OF INTENT TO SUE AND

# COMPLAINT FOR JUDICIAL REVIEW & OTHER RELIEF

1

1. This is a suit for Judicial Review and to have the court state the rights, duties, and legal relations of the parties to a transaction that involves mixed state and federal laws, policies, and practices WHEREIN notice of intent to sue has issued forth for processing and intake by the claims processing agents of Risk Management and Insurers of covered harms and injuries involved here.

2. This suit is brought by Mr. jordan M. Tate For, as, and in Re: JORDAN M TATE [sic]

C/o 333 WEST BROWN DEER RD MILWAUKEE, WISCONSIN. [53217].

3. The law states that there are none prejudiced by justice and so there are no adverse parties nor any bar to this court reviewing the matters addressed herein and stating the rights, duties, and legal relations of the parties.

4. The Plaintiff is JORDAN TATE, Pro Se, Mr. Tate is a Private Individual within the meaning of the laws and as defined in the insurance provisions of the State of Wisconsin.

5. Both parties are jointly aggrieved and there is concurrence of harm and injury.

6. Milwaukee Police jointly with and as LAW ENFORCEMENT officers of that area of Wisconsin have and maintain records naming JORDAN TATE, the Social Security Numbers specifically, specially made identifiers to those, and real property that is improved land that identifies back to the names as well.

7. In association therewith as a part and parcel of a foundation to presume to do such acts JORDAN TATE as presumptively a 14th amendment predicate citizen of the United States in entity capacity only but not as in the proper person as "private natural person individuals" not reliant upon the US Constitution, laws, statutes, and the legal climate created thereby for their existence and assertion of rights, duties, and legal relations, were named by the agency generally in their documents without any elaboration as to the positive identification to impact and effect rights, titles, interests, and property of the "Private Natural Person Individuals" for whom a higher standard of due process of the law is otherwise prescribed always.

2

8. JORDAN TATE while being deemed in the capacity and status of an African American, a Historically oppressed Minority Group, was targeted by the police department persons named for accusations of acts, errors, or omissions which led to the death of another African American thereby placing Mr. Tate squarely in harms way.

9. The Agencies know or could have come to know that they would be placing Mr. Tate in harms way accusing him of the acts that they accused and as such he was ostracized and blackballed when in actuality he was an instrumentality of "scape goat" mentality that is sweeping through government when it comes to accountability.

10. On information and belief a nightclub or location was allowed to run without proper insuring and licensing for quite some time and as a result someone lost their lives. However, knowing that some people opt for retaliation for perceived harms the Police Departments put Mr. Tate in the way of any person wanting retribution for the death or injury of their loved ones.

11. As a result of the mixup and negligence as to the multiple identities, legal capacities, and bundles of legal rights and duties ascribed to JORDAN TATE identified by various spellings and idem sonans and misnomers conducted due diligence to determine the nature of the problem the following pertains.

12. The laws of the federal government and state governments provide that because they have and maintain records on others besides themselves, and because they hold concurrently social security numbers as a part of the means of identification, and because they solicit adverse decisions against individuals predicated upon their records, the agencies named and the individuals acting on behalf of and as the agencies named must have and maintain at all times material accurate, timely formed, due process of law predicated, complete, and material information laden records upon which any adverse decision may be made against any subject individual.

13. To assure this, and to protect mankind against tyrannical overreaching wherever it might occur, laws such as the privacy act and state mimics are put in place to provide that when

3

the record is challenged as inaccurate, incomplete, and etcetera that within 10 days or so it is acknowledged and within 30 days or so it is corrected or other acts consistent with fair dealing and record accuracy protocols are taken.

14. The law provides also remedy and recourse if the agencies and parties fail and refuse to observe these rights, duties, and legal relations represented by these laws.

15. The parties assert that this is also because the first amendment to US Constitution is one of the most important laws as is the constitutional provisions stating that nothing, not even it, may be used to "… impair the obligations of contracts …".

16. As such the parties assert that the violations of the accused, in failing and refusing to adhere to the record accuracy and record accuracy assurance protocols, and failure to participate at all when prompted by the parties suing hereby, constitutes also a breach of the 1st amendment free speech guaranty and implied counter guarantees.

17. Exhaustion occurred with the accused parties, or there is a futility shown whereas they do not answer as a standard operating procedure to avoid judicial review of their final agency determination.

18. Accordingly the parties come hereby to ask that this court review and inspect the parties and transactions and apply judicial review standard in full:

19. To the extent necessary to decision and when presented, the reviewing court shall decide all relevant questions of law, interpret constitutional and statutory provisions, and determine the meaning or applicability of the terms of an agency action. The reviewing court shall—

20. **(1)** compel agency action unlawfully withheld or unreasonably delayed; and

21. **(2)** hold unlawful and set aside agency action, findings, and conclusions found to be—

22. **(A)** arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law;

23. **(B)** contrary to constitutional right, power, privilege, or immunity;

24. **(C)** in excess of statutory jurisdiction, authority, or limitations, or short of statutory right;

25. **(D)** without observance of procedure required by law;

4

26. **(E)** unsupported by substantial evidence in a case subject to sections 556 and 557 of this title or otherwise reviewed on the record of an agency hearing provided by statute; or

27. **(F)** unwarranted by the facts to the extent that the facts are subject to trial de novo by the reviewing court.

28. The law provides that as to records challenged that until the other side answers the challenge the adverse decisions to be made - if any - and record upon which any adverse decision might be made are suspended.

29. Likewise on information and belief in each court of the Union there is and must be a standing order which provides that in every matter the parties must have and maintain accurate, timely, complete, relevant material laden, and due process of the law predicated and if anything changes the parties are obligated to notify the court where it is material to the outcome remaining viable and valid and if this rule is breached ordinarily the remedy includes voiding the matters and cessation of any enforcement.

30. The named parties, listed as Defendants, jointly and severally are responsible for creating a file and records which created and are creating liability for Plaintiffs jointly and severally.

31. Plaintiffs have duly presented a privacy records complaint to the accused direclty and indirectly regarding the false, incomplete, untimely formed, due process violative nature of their records in general and specifically as to certain matters .

32. Specifically also Plaintiffs have asserted to them, and inquired with them about, the legal training of their employees who have purported to have the knowledge, training, and experience without being lawyers to deduce WHO the Plaintiffs are and are not, WHAT their different capacities are and are not, and WHAT laws apply to them and HOW.

33. By lack of response Plaintiffs assert and aver hereby that their silence indicates that their employees have no specialized knowledge, training, nor experience to know when and to whom the regulations and laws of their employers apply and that they think that they apply to everyone, and every location within the geographical location, equally, and to every person therein residing equally, and on information and belief the agency enjoys the fruits of

5

and exploits the anomaly of this categorical ignorance of its employees imposition upon laypersons who rarely if ever challenge their assertion of authority and assertion of applicability of the laws from whence they derive authority.

34. Accordingly and wherefore, Plaintiffs accuse that the Defendants have jointly and severally violated their joint and several 1st amendment US Constitutionally protected and implicitly protected rights and concurring duties obligations and/or blocked or nullified the same in the manner described herein, further and wherefore, Plaintiffs accuse that the Defendants have jointly and severally accused Plaintiff without abundant and convincing evidence with the hopes of scaring the Undersigned into going along with accusations, or with the hopes of using mass hysteria to sway public opinion toward accusing the Undersigned.

35. Plaintiffs accuse that the Defendants did jointly and severally ignore their obligations under the records accuracy laws applicable to them and without explanation, and by and through that have totally violated their rights and have abandoned adherence to their agency and professional duties all against the peace, dignity, and laws of the United States and State of Wisconsin.

36. The law at 42 USC 1983 states that: Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia.

37. Defendants have been told all of this and still has looked away from it.

6

38. Plaintiffs reserve the right and preserve the right to amend the Complaint as more information becomes available to state a more perfect statement of the claim.

39. Discovery is sought to aid in determination of the full claim and identities of those involved.

PRAYER FOR SPECIFIC RELIEF

40. WHEREFORE, grant preliminary and preset discovery concurrent with the initiation of this case (grant subpoenas and subpoena duces tecum issuance at the least)

41. WHEREFORE, grant judicial review, declaratory, and injunctive relief related thereto.

42. Examine the transaction and attached exhibits incorporated herein by reference and declare the rights, duties, and legal relations of the parties.

43. decide all relevant questions of law, interpret constitutional and statutory provisions, and determine the meaning or applicability of the terms of the agency action.

44. **(1)** compel agency action unlawfully withheld or unreasonably delayed; and

45. **(2)** hold unlawful and set aside agency action, findings, and conclusions found to be—

46. **(A)** arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law;

47. **(B)** contrary to constitutional right, power, privilege, or immunity;

48. **(C)** in excess of statutory jurisdiction, authority, or limitations, or short of statutory right;

49. **(D)** without observance of procedure required by law;

50. **(E)** unsupported by substantial evidence; or

51. **(F)** unwarranted by the facts to the extent that the facts are subject to trial de novo by this reviewing court (note that the facts put forth herein have been presented to all involved prior hereto).

52. GRANT a preliminary Injunction enjoining the use for any reason of the records formed by the Defendants jointly and/or severally and barring any other relying upon them for any purposes.

7

53. GRANT all other relief which may appear warranted and which is favorable to the Plaintiffs jointly and severally under the totality of the circumstances.

54. GRANT a permanent injunction barring forever the use for any reason of the records formed by the Defendants jointly and/or severally.


All set forth herein is sworn true, correct, and complete per the penalty of perjury under the laws of the United States 28 USC 1746.

Respectfully,

/s/_x_____ [L.S./SEAL]

JORDAN TATE

C/o 333 WEST BROWN DEER RD

MILWAUKEE, WISCONSIN. [53217]